**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

DEBRA J. GOFF                                                    PLAINTIFF

          v.                    Civil No. 04-2213

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                  DEFENDANT


                           **O R D E R**

     Now on this 21st day of March, 2006, comes on for
consideration the **Magistrate Judge's Report And Recommendation**
(document #13), and plaintiff's **Objections** thereto (document #14),
and the Court, having carefully reviewed these documents, finds
and orders as follows:

     1.   On June 21, 1998, an ALJ found plaintiff to be disabled,
and entitled to benefits, with a period of disability starting
September 1, 1996, based on complaints of hypertension, borderline
intellectual functioning, and depression.

     On May 11, 2004, following an administrative hearing on
October 28, 2003, an ALJ found that plaintiff had experienced
medical improvement in her disabling conditions, and that she was
able to perform her past relevant work as an inspector at a
furniture factory.  The ALJ determined that plaintiff had ceased
being disabled for Social Security purposes.  That decision
ultimately became the final decision of the Commissioner, and
comes to this Court following review, report, and recommendation
of the Magistrate Judge.

2.     Based on her review of the administrative record, the Magistrate Judge reported that there was substantial evidence to support the ALJ's conclusion that plaintiff was no longer disabled, and that upon judicial review of a decision of the Commissioner, the court's role is to determine whether the Commissioner's findings are supported by substantial evidence, not to substitute its own opinion for that of the Commissioner.

3.     Plaintiff filed letter objections stating that her knee still "gives away" with her, and that she still gets dizzy.  These conditions, along with complaints of occasional chest pain, were the reasons given by plaintiff at the administrative hearing for why she believes she is unable to work.   Her depression and hypertension are controlled with diet and medication, and her intellectual functioning does not appear to prevent her from working.

4.     The record as reported by the Magistrate Judge contains the following medical evidence related to plaintiff's knees and her dizziness:

08/25/00   Dr. Hamid noted a postural drop in plaintiff's blood sugar and a feeling of dizziness upon standing

08/30/00   Dr. Hamid noted plaintiff was "still orthostatic" and complaining of dizziness upon standing

01/22/01   Plaintiff complained of dizziness off and on, usually when her blood pressure increased

08/02/01   An episode of dizziness and chest pain sent plaintiff to the hospital

07/09/02  Plaintiff complained of falling when her knee gave way

05/30/03  Plaintiff denied having dizziness.  Her blood pressure
          was under good control.

These complaints, few in number and widely separated by time, do not undermine the findings of the ALJ or the recommendations of the Magistrate Judge.  Plaintiff's dizziness appears to be related to her blood pressure, which is controlled with diet and medication.  There is only one report of a knee problem, and it occurred over a year before the administrative hearing.

The Court also notes that during a mental status examination on February 17, 2003, plaintiff stated that she "could probably go to work if I wanted to," and that she did not think there was anything to keep her from working.  Plaintiff testified at the administrative hearing that she thought she could work part-time if she could find a job.[1]

For the foregoing reasons, the Court agrees with the Magistrate Judge that the Commissioner's findings are supported by substantial evidence, and should be affirmed, and that the Report And Recommendation is sound in all respects, and should be adopted *in toto*, and plaintiff's objections thereto overruled.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that plaintiff's **Objections** to the

---

[1]To the extent that plaintiff's dizziness or her knee problems may have worsened since the administrative hearing, those conditions may form the basis of a new period of disability not herein under consideration.

Report And Recommendation are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation,** plaintiff's claim is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

      **/s/ Jimm Larry Hendren**
      **JIMM LARRY HENDREN**
      **UNITED STATES DISTRICT JUDGE**